# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 2, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147296(120)

WAYNE COUNTY EMPLOYEES RETIREMENT
SYSTEM and WAYNE COUNTY RETIREMENT
COMMISSION,
        Plaintiffs/Counterdefendants-
        Appellees,
v
CHARTER COUNTY OF WAYNE,
        Defendant/Counterplaintiff-
        Appellant,
and

WAYNE COUNTY BOARD OF
COMMISSIONERS,
        Defendant-Appellant.
_____/

SC: 147296
COA: 308096
Wayne CC: 10-013013-AW

       On order of the Chief Justice, the motion for temporary admission under MCR 8.126(A) is GRANTED and the following out-of-state attorneys are admitted for the purpose of appearing on behalf of amicus curiae National Conference of Public Employee Retirement Systems in this case: Robert D. Klausner and Adam P. Levinson.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 2, 2014

